IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19-CR-46 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER ADAMS, | ) | UNOPPOSED MOTION TO CONTINUE |
| | ) | SENTENCING |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Elliot Morrison, Assistant United States Attorney, and respectfully moves this Court to continue the sentencing hearing in this matter. The government requests that the Court reschedule the sentencing hearing for Defendant Adams for a date after the February 10, 2020 trial of the codefendants in this matter.

Adams pled guilty with a plea agreement on August 19, 2019, and his sentencing hearing was set for December 18, 2019. At that time, the codefendants' trial was set to take place in October 2019. Because of the volume of the discovery and the recent arrest of a fugitive codefendant, the Court continued that trial to February 10, 2020. That trial would shed significant light on the nature and circumstances of the offense under 18 U.S.C. § 3553(a). Further, the continuance would avoid unnecessary duplication in presentation of evidence at the sentencing hearing and the trial.

Undersigned counsel has conferred with counsel for Defendant Adams, and Defendant does not oppose the requested continuance. Accordingly, in order to ensure that the Court has the fullest picture of the circumstances of this case, and to enable the coordination of related

matters, the government moves the Court to continue Adams's sentencing hearing in this matter to a date after the February 10, 2020 trial.

          Respectfully submitted,

          JUSTIN E. HERDMAN
          United States Attorney

By:   /s/ Elliot Morrison
       Elliot Morrison (OH: 0091740)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3919
       (216) 522-7499 (facsimile)
       Elliot.Morrison@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this day, December 9, 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                          /s/ Elliot Morrison
                                          Elliot Morrison
                                          Assistant U.S. Attorney